FILED 24 JAN '24 10:26 USDC-ORP

Michael E. Bivins

vs

Joe Biden and sons, State of Colorado

I demand that the Federal Court order the State of Colorado to add Donald Trump to the 2024 election ballot as a contender for President; Whereas Colorado judges and politicians conspired to remove Donald Trump from the ballot as directed by the Bidens in an attempt to subvert the will of The People; whereas Donald Trump is winning in all the polls and is the undisputed leader of the Republican Party, and conspiring to deny the American public the opportunity to vote for Donald Trump undermines the integrity of our election.

- M. Bivins
Jan. 17, 2024

Michael E Bivins
Inverness Jail
11540 NE Invernis Dr
Portland OR 97220



PORTLAND OR 972
22 JAN 2024 PM 6 L
USA FOREVER

Oregon Federal Court
1000 SW Third Ave
Portland, OR 97204

97204-293099